IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF MOTION TO QUASH | MISCELLANEOUS ACTION<br><br>NO. 25-55-KSM |

## ORDER

AND NOW, this 7th day of October 2025, following a status conference held today and upon consideration of the representations of the parties,[1] it is hereby **ORDERED** as follows:

1. Respondent's Motion to Quash or Modify Subpoena to Testify at a Deposition in a Civil Action is **DENIED** as **MOOT**; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] The Court directed the parties to meet and confer and the parties have subsequently reported that they no longer need to litigate the motion to quash in the Eastern District of Pennsylvania.